UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jose Robles

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant Jose Robles _____ hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

_____   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

_____   Conference Before a Judicial Officer


___/s/_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Jose Robles**
Print Defendant's Name

___/s/ Jonathan Marvinny_____
Defendant's Counsel's Signature


**Jonathan Marvinny**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**12/3/20**
Date

___Katherine H. Parker_____
U.S. District Judge/U.S. Magistrate Judge